# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DONNA PETE,

                    Plaintiff,

-vs-                                                    Case No.  6:03-cv-184-Orl-KRS

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 20)** |
| **FILED:** | **June 6, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Middle District of Florida Local Rule 3.01(g) requires that the party filing any motion must

"confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the

motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred

with opposing counsel and (2) stating whether counsel agree on the resolution of the motions.  A

certification that opposing counsel was unavailable for a conference before filing a motion is

insufficient to satisfy the parties' obligation to confer."  The Rule 3.01(g) certification in the present

motion states that counsel for the plaintiff contacted counsel for the defendant, "who has not had an opportunity to determine" whether she opposed the present motion before the deadline for filing it passed. Doc. No. 20. This certification fails to comply with Rule 3.01(g) because, in essence, counsel for the plaintiff failed to contact counsel for the defendant until the deadline for filing the present motion was imminent and, therefore, his actions precluded any realistic possibility that a meaningful conference could take place. Accordingly, the present motion is **DENIED** without prejudice to refiling on or before June 23, 2005, with a proper Rule 3.01(g) certification.

     **DONE** and **ORDERED** in Orlando, Florida on June 9, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties