# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONNA PETE,**
    **Plaintiff,**

**-vs-**                                       **Case No. 6:03-cv-184-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**
    **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **UNCONTESTED AMENDED PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 24)**
>
> **FILED:**        **June 16, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Donna Pete, seeks an award of attorney's fees, expenses, and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on March 8, 2005. Doc. No. 19. An award of fees, costs and expenses is, therefore, ripe for consideration.

Pete's attorney seeks $984.96 in attorney's fees for 6.6 hours of work. The hourly rates he seeks are $147.73 for 4.75 hours of work performed in 2003 and $153.10 for 1.85 hours of work performed in 2005 pursuant to a provision in the EAJA that allows the Court to adjust the statutory

hourly rate based on changes in the cost of living. Doc. No. 21 ¶ 7. The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked. After reviewing the papers submitted by Pete, I find that the fees requested are appropriate in the absence of objection.

Pete also seeks reimbursement for $150.00 in costs and $44.29 in expenses. The Commissioner does not oppose these costs and expenses. Because there is no objection to these costs and expenses, I find that they were reasonably incurred.

It is, therefore, **ORDERED** that Pete is awarded $984.96 in attorney's fees, $150.00 in costs, and $44.29 in expenses.

**DONE** and **ORDERED** in Orlando, Florida on June 17, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties